# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA,      )
                                  )
              Plaintiff,      )
                                  )
            v.             )     Case No. 21-00274-01-CR-W-DGK
                                  )
TERRY D. NADING,            )
                                  )
             Defendant.     )

## MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 16, 2023, the Grand Jury returned a four-count Superseding Indictment charging Defendant Terry D. Nading with possession with intent to distribute fentanyl (Count One), possession of a controlled substance- methamphetamine (Count Two), possession of firearms in furtherance of a drug trafficking crime (Count Three), and being a felon in possession of firearms (Count Four).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Bradley Kent Kavanaugh and Michael Green
          Case Agent: Joshua Davis, FBI Task Force Officer and KCPD Detective
          Paralegal:  Geoffrey Gorup or Scott Hammon
     Defense: Michael James Crawford and possibly Molly Hastings for jury selection

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
      Government: 8–12 with stipulations; 12–14 without stipulations
      Defendant: 2–3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
      Government: approximately 100–150 exhibits
      Defendant: approximately 5–10 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 4 days total**
Government's case including jury selection: 3 day(s)
Defendant: 1 day(s)

**STIPULATIONS**: The parties have agreed to stipulations regarding interstate nexus, medical examiner testimony, and chain of custody. The parties are still discussing a stipulation as to the testimony of the forensic chemist who performed testing of the controlled substances.

**UNUSUAL QUESTIONS OF LAW: None**

**FILING DEADLINES:**

**Witness and Exhibit Lists**
Government: Proposed Witness List filed 8/11/23. **Due on or before November 21, 2023.**
Defendant: None filed. **Due on or before November 21, 2023**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before November 29, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before November 29, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for December 4, 2023.

**Please note:** The Government is flexible and can go on either week. Defense counsel would prefer the first week but can do either week.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE

2